DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EVERETT A. PEARSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3688

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Lon S. Arend and
Susan B. Maulucci, Judges.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Everett A. Pearson, pro se.


PER CURIAM.

Affirmed.


NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.